# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA,
      Plaintiff,

    v.                                Case No.  1:22-cr-00069

ALEX ROMAN NGUYEN,
      Defendant.

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

Courtroom Deputy: **Kevin Moser**
Court Reporter: Julie Wolfer (Official)            Date/Time: 8/17/2022 @ 1:30 p.m.
United States Attorney:  Fritz Shadley

Defendant Attorney: Zenaida Lockard (FPD)        Interpreter:  N/A

☐ By telephone   ☐ By videoconferencing   ☐ Deft does/does not consent to proceed

*Initial Appearance:* ☐ *Complaint;* ☒ *Indictment;* ☐ *Information;* ☐ *petition for supervised release* ☐ *Rule 5(c)/32.1 Proceedings*

☒ Counsel present        ☐ *Superseding Indictment*            ☐ *Pretrial Release Violation*

☒ Defendant informed of charges and potential penalties ☐ Defendant informed of nature of supervised release violation(s)

☒ Defendant informed of his / her rights  ☒ Defendant provided copy of charging document ☐ copy provided to counsel (if sealed)

☐ Government moves for defendant to be detained pending detention hearing _____

☐ Financial affidavit presented to the Court/Defendant ☐ Defendant informed of right to consulate notification (if applicable)

☐ Counsel appointed ( ☐ FPD  ☐ CJA)  ☐ Charging document unsealed upon oral motion of the United States

☐ Government informed of requirements of Fed. R. Crim. P. 5(f)          ☐ Defendant did not contest detention at this time

*Detention:* ☐ Defendant to be detained pending trial pursuant to pretrial detention order

☐ Detention is moot-active parole/probation detainer

Plaintiff Witness _____

☐ Detention is moot - serving state sentence

Defendant Witness_____

☐ Home Incarceration

☐ OR ☐ Secured with _____  ☐ Electronic Monitor  ☐ Other  ☐ Home Detention ☐ Curfew

☐ Third-Party Custodian: _____  ☐ Location Monitoring ☐ GPS ☐ RF ☐ Stand Alone

Special Conditions of Release: ☐ Pretrial/Probation Supervision ☐ Drug testing & Treatment ☐ maintain employment & verify

☐ refrain from all/excessive alcohol ☐ narcotic drugs unless prescribed ☐ use/possession of firearms ☐ Travel Restricted to

☐ no contact with any potential victim or witness, to include co-defendants ☐ resolve all outstanding warrants ☐ Surrender Passport

_____  ☐ Do not obtain passport     ☐ Mental Health Eval/Treatment

*Pretrial Bond Violation Hearing:*

☐ bond revoked - defendant detained pending trial ☐ bond continued ☐ bond modified: _____


Preliminary Exam Hearing set _____

*Preliminary Exam:* ☐ Probable Cause found; ☐ not found; ☐ waived; ☐ bond continued/denied

AUSA Witnesses:_____    Defendant Witnesses: _____

_____                     _____

AUSA Exhibits:_____    Defendant Exhibits: _____

_____                     _____

*Arraignment on* ☒ *Indictment*  ☐ *Superseding Indictment* ☐ *Second Superseding Indictment*

Defendant waives reading ☒         Defendant pleads: ☐ GUILTY  ☒ NOT GUILTY

☐ PSI ordered                ☐ Sentencing set for _____

☒ Case to proceed before **JUDGE DLOTT**


*Removal Hearing (Rule 5c or Rule 32.1):*

☐ Defendant waives Identity Hearing      ☐ Defendant waives Detention Hearing in this district

☐ Defendant waives Preliminary Hearing in this district

☐ Commitment to Another District Ordered    ☐ Removed to _____

☐ Probable Cause Found

☐ Defendant to voluntarily report to charging district no later than

_____

Remarks: