IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America

    vs.                                                Case Number: 1:22cr69

Alex Nguyen

## CRIMINAL MINUTES: SENTENCING

Defendant appeared with counsel Mark Wieczorek and was sentenced as follows:

132 months in the BOP

10 years supervised release

Assessment: $5,100        Fine: 0        Restitution: 0

AUSA Kyle Healey

Judge:                  Susan J. Dlott

Courtroom Deputy:     William Miller

Court Reporter:        Lisa Conley-Yungblut, Official

Date:                  September 18, 2024